IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02527-REB-MEH

DAVON COPPAGE,

    Plaintiff,

v.

C. HAGENS,
FNU YENTER,
THERESA COZZA-RHODES, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2016.**

    Plaintiff's Motion to Seek Relief from Retaliation Tactics [filed April 7, 2016; docket #31] is **denied** for the following reasons.

    First, except for the title of his motion, Plaintiff does not request or identify any relief he seeks from the Court in the motion.

    Second, to the extent Plaintiff wishes to amend his Amended Complaint to seek recovery for any alleged "retaliation," he must file a motion pursuant to Fed. R. Civ. P. 15(a) and attach a proposed amended pleading.